QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bruce E. Van Dalsem (SBN 124128)
brucevandalsem@quinnemanuel.com
David W. Quinto (SBN. 106232)
davidquinto@quinnemanuel.com
Daniel C. Posner (SBN 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant RK Netmedia, Inc., erroneously sued as RK Netmedia and RealityKings.com

MITCHELL SILBERBERG & KNUPP LLP
David A. Steinberg (SBN 130593)
das@msk.com
Marc E. Mayer (SBN 190969)
mem@msk.com
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>RK NETMEDIA, INC., and REALITYKINGS.COM,<br><br>Defendants. | CASE NO. CV 10 4991 CBM (JEMx)<br><br>**JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Judge: Hon. Consuelo B. Marshall<br>Trial Date: Not yet scheduled |

**STIPULATION**

This Stipulation is entered into between and among Plaintiffs Warner Bros. Records Inc., Elektra Entertainment Group Inc., Atlantic Recording Corporation, Bad Boy Records LLC, Asylum Records LLC, Tommy Boy Music, Inc., Rhino Entertainment Company, WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music Inc., W.B.M. Music Corp., Capitol Records, LLC, Caroline Records, Inc., Virgin Records America, Inc., EMI Blackwood Music, Inc., EMI April Music, Inc., Colgems-EMI Music, Inc., EMI Virgin Songs, Inc., EMI Virgin Music, Inc., EMI U Catalog, Inc., Jobete Music Co., Inc., EMI Robbins Catalog, Inc., Screen Gems – EMI Music Inc., EMI Grove Park Music Inc., Beachwood Music Corp., EMI Combine Inc., and Stone Diamond Music Corporation (collectively, the "Plaintiffs"), on the one hand, and Defendant RK Netmedia, Inc., ("Defendant"), on the other hand (collectively, the "Parties"), by and through their respective counsel of record.

WHEREAS, the parties agree that disclosure and discovery activity in this action are likely to involve the production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted;

WHEREAS, to promote the Parties' desire to protect the confidentiality of such information, the Parties have met and conferred and agree that disclosure and discovery of information in this action should be governed by the terms set forth in the [Proposed] Stipulated Protective Order (the "Protective Order"), attached hereto and lodged concurrently herewith.

NOW THEREFORE, it is hereby stipulated between Plaintiffs, on the one hand, and Defendant, on the other hand, by and through their respective attorneys of record, that disclosure and discovery of information in this action shall be governed by the Protective Order.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 15, 2010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By /s/ Bruce E. Van Dalsem |
| 6 | | Bruce E. Van Dalsem<br>Attorneys for Defendants |
| 7 | DATED: September 15, 2010 | MITCHELL SILBERBERG & KNUPP LLP |
| 8 | | |
| 9 | | By /s/ David A. Steinberg |
| 10 | | David A. Steinberg<br>Attorneys for Plaintiffs |