1  DAVID A. STEINBERG (SBN 130593)
   das@msk.com
2  MARC E. MAYER (SBN 190969)
   mem@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WARNER BROS. RECORDS INC., a | CASE NO. CV10-4991 CBM (JEMx) |
| 12  Delaware Corporation; ELEKTRA ENTERTAINMENT GROUP INC., a | The Honorable Consuelo B. Marshall |
| 13  Delaware Corporation; ATLANTIC RECORDING CORPORATION., a | |
| 14  Delaware Corporation; BAD BOY RECORDS LLC, a Delaware | **NOTICE OF DISMISSAL** |
| 15  Corporation; ASYLUM RECORDS LLC, a Delaware Corporation; TOMMY | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| 16  BOY MUSIC, INC., a New York Corporation; RHINO | |
| 17  ENTERTAINMENT COMPANY, a Delaware Corporation; WB MUSIC | |
| 18  CORP., a California Corporation; WARNER-TAMERLANE | |
| 19  PUBLISHING CORP., a California Corporation; UNICHAPPELL MUSIC | |
| 20  INC., a Delaware Corporation; and W.B.M. MUSIC CORP., a Delaware | |
| 21  Corporation, CAPITOL RECORDS, LLC, a Delaware limited liability | |
| 22  company; CAROLINE RECORDS, INC., a New York Corporation; VIRGIN | |
| 23  RECORDS AMERICA, INC., a California Corporation; EMI | |
| 24  BLACKWOOD MUSIC, INC., a Connecticut Corporation; EMI APRIL | |
| 25  MUSIC, INC., a Connecticut Corporation; COLGEMS-EMI MUSIC, | |
| 26  INC., a Delaware Corporation; EMI VIRGIN SONGS, INC., a New York | |
| 27  Corporation; EMI VIRGIN MUSIC, INC., a New York Corporation, EMI U | |
| 28  CATALOG, INC., a New York Corporation; JOBETE MUSIC CO., | |

Mitchell
Silberberg &
Knupp LLP

2890800.1

NOTICE OF DISMISSAL

1  INC., a Michigan Corporation; EMI
   ROBBINS CATALOG, INC., a New
2  York Corporation, SCREEN GEMS –
   EMI MUSIC INC., a Delaware
3  Corporation, EMI GROVE PARK
   MUSIC INC., a California Corporation;
4  BEACHWOOD MUSIC CORP., a
   California Corporation; EMI COMBINE
5  INC., a Delaware corporation; and
   STONE DIAMOND MUSIC
6  CORPORATION, a Michigan
   Corporation,
7
              Plaintiffs,
8
         v.
9
   RK NETMEDIA, INC., a Florida
10 corporation; REALITYKINGS.COM, an
   entity of unknown form; and DOES 1-20
11
              Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell
Silberberg & 28
Knupp LLP

2890800.1

# NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Warner Bros. Records, Inc., Elektra Entertainment Group, Inc., Atlantic Recording Corporation, Bad Boy Records LLC, Tommy Boy Music, Inc., Rhino Entertainment Company, WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music Inc., W.B.M. Music corp., Capitol Records, LLC, Caroline Records, Inc., Virgin Records America, Inc., EMI Blackwood Music, Inc., EMI April Music, Inc., Colgems-EMI Music, Inc., EMI Virgin Songs, Inc., EMI Virgin Music, Inc., EMI U Catalog, Inc., Jobete Music Co., Inc., EMI Robbins Catalo, Inc., Screen Gems – EMI Music, Inc., EMI Grove Park Music, Inc., Beachwood Music Corp., EMI Combine Inc., and Stone Diamond Music Corporation hereby dismiss this action without prejudice against defendants RK Netmedia, Inc. and RealityKings.com.

Dated:  November 29, 2010

DAVID A. STEINBERG
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: _____
David A. Steinberg
Attorneys for Plaintiffs

Mitchell
Silberberg &
Knupp LLP

2890800.1

1
NOTICE OF DISMISSAL