✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION        ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | USDC for Central California |
| DOCKET NO.    DATE FILED | 312 N. Spring Street |
| CV10-4991 CBM JEM        7/7/2010 | Los Angeles, CA 90012 |
| PLAINTIFF | DEFENDANT |
| WARNER BROS. RECORDS INC., a Delaware Corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware Corporation; et al. | RK NETMEDIA, INC., a Florida corporation; REALITYKINGS.COM, an entity of unknown form; and DOES 1-20 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED SCHEDULES A AND B. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED X Notice | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☒ No | 11/29/10 |

| CLERK    Terry Nafisi | (BY) DEPUTY CLERK    Lori Muraoka | DATE    11/29/10 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights     2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights     3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

# SCHEDULE A

## Schedule A
### Examples of Sound Recordings Infringed by Defendants

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| 2 For 1 Pink | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Can't Deny It | Fabolous | Elektra Entertainment Group Inc. | Pending |
| | Young'n | Fabolous | Elektra Entertainment Group Inc. | Pending |
| 3s Company | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| 4 On The Floor | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| A Little Extra | All The Above | Maino ft. T-Pain | Atlantic Recording Corporation | Pending |
| | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| Action Packed | All The Above | Maino | Atlantic Recording Corporation | Pending |
| | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| After Hours Grind | Tell Me When To Go | E-40 | Warner Bros. Records Inc. | 390-692 |
| | U and Dat | E-40 ft T-Pain | Warner Bros. Records Inc. | 390-692 |
| | White Gurl | E-40 | Warner Bros. Records Inc. | 390-692 |
| | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| All Access | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Almost Infamous | Dani California | Red Hot Chilli Peppers | Warner Bros. Records Inc. | 390-774 (single); 390-775 (album) |
| | Just Like Heaven | The Cure | Elektra Entertainment Group Inc. | 82-714 |
| Alotta Vagina | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Shoulder Lean | Young Dro | Atlantic Recording Corporation | Pending |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Ass Attack | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Like Glue | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Mo Money, Mo Problems | The Notorious B.I.G. | Bad Boy Records LLC | 238-217 |
| Ass In Motion | Hood Figga | Gorilla Zoe | Bad Boy Records LLC | Pending |
| | Independent | Webbie | Asylum Records LLC | 643-336 |
| | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |

**Schedule A**
**Examples of Sound Recordings Infringed by Defendants**

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Ass In Motion | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| Ass Poppin | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| Automatic Slims | New Sensation | INXS | Atlantic Recording Corporation | 85-232 |
| Banging The Bartender | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| Bar Babes | Back Then | Mike Jones | Warner Bros. Records Inc. | 374-374 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Bar Nuts | Hypnotize | Notorious B.I.G. | Bad Boy Records LLC | 238-217 |
| | I Need a Girl | P. Diddy featuring Usher | Bad Boy Records LLC | 321-558 |
| Bare Assets | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Bash By The Bay | Back Then | Mike Jones ft Slim Thug | Warner Bros. Records Inc. | 374-374 |
| Best Of The Best | All The Above | Maino ft. T-Pain | Atlantic Recording Corporation | Pending |
| | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Dey Know | Shawty Lo | Atlantic Recording Corporation | 643-336 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Blazin Hot Bodies | It's Goin' Down | Yung Joc ft Nitti | Bad Boy Records LLC | 393-525 |
| Blue Room Banging | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| | Tell Me When To Go | E-40 | Warner Bros. Records Inc. | 390-692 |
| Boombastic | Magic Stick | 50 Cent featuring Lil Kim | Atlantic Recording Corporation | 351-071 |
| | O.P.P. | Naughty By Nature | Tommy Boy Music, Inc. | 141-488 |
| Booty Bumpin | Live Your Life | T.I. ft Rihanna | Atlantic Recording Corporation | 618-807 |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | Swagga Like Us | T.I. | Atlantic Recording Corporation | 618-807 |
| Booty Duty | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |

## Schedule A
### Examples of Sound Recordings Infringed by Defendants

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Booty Duty | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Booty Grazing | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Bouncing Booties | Hood Figga | Gorilla Zoe | Bad Boy Records LLC | Pending |
|  | Live Your Life | T.I. ft Rihanna | Atlantic Recording Corporation | 618-807 |
|  | Shoulder Lean | Young Dro ft T.I. | Atlantic Recording Corporation | Pending |
| Bringing Sexy Back | Crazy | Gnarles Barkley | Atlantic Recording Corporation | 398-345 |
|  | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| Cameo Creamers | Can't Stop | Red Hot Chilli Peppers | Warner Bros. Records Inc. | 316-878 |
|  | Dani California | Red Hot Chilli Peppers | Warner Bros. Records Inc. | 390-774 (single); 390-775 (album) |
|  | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| Center Of Attention | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| Chix Love Dix | Dey Know | Shawty Lo | Atlantic Recording Corporation | 643-336 |
|  | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
|  | Say Yeah | Wiz Khalifa | Warner Bros. Records Inc. | Pending |
| Circus Party | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
|  | Im Still in Love With You | Sean Paul ft Sasha | Atlantic Recording Corporation | 352-634 |
|  | Tell Me When To Go | E-40 | Warner Bros. Records Inc. | 390-692 |
| Clubin And Rubbin | In the Ayer | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Cock Cravers | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
|  | Get Ur Freak On | Missy Elliott | Elektra Entertainment Group Inc. | 297-686 |
| Coochie Crew | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| Cumming Again | Hypnotized | Plies ft Akon | Atlantic Recording Corporation | 612-286 |
|  | Independent | Webbie | Asylum Records LLC | 643-336 |
|  | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Dicky Dance | Right Round | Flo Rida | Atlantic Recording Corporation | Pending |
|  | So Fine | Sean Paul | Atlantic Recording Corporation | Pending |
|  | Whatever You Like | T.I. | Atlantic Recording Corporation | 618-807 |
| Dj The Vj | Dead and Gone | T.I. | Atlantic Recording Corporation | 618-807 |
| Double Bone Anza | In the Ayer | Flo Rida | Atlantic Recording Corporation | 629-161 |

**Schedule A**
**Examples of Sound Recordings Infringed by Defendants**

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Double Bone Anza | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | White Gurl | E-40 | Warner Bros. Records Inc. | 390-692 |
| Feb Fury | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| Flash Dance | In the Ayer | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Right Round | Flo Rida | Atlantic Recording Corporation | Pending |
| | Sugar | Flo Rida | Atlantic Recording Corporation | Pending |
| Fuck Fest | Hypnotize | Notorious B.I.G. | Bad Boy Records LLC | 238-217 |
| | Superwoman Pt II. Remix | Lil' Mo, Fabulous | Elektra Entertainment Group Inc. | 291-867 |
| Glow Special | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| Gold Member | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Grind Squad | In the Ayer | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Say Aah | Trey Songz | Atlantic Recording Corporation | Pending |
| | U and Dat | E-40 | Warner Bros. Records Inc. | 390-692 |
| | Work It | Missy Elliott | Elektra Entertainment Group Inc. | 345-855 |
| Grinding Time | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Halloween Hoochies | Get Loose | T.I. | Atlantic Recording Corporation | 367-100 |
| | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Halloween Naughties | In the Ayer | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| High 5 | We Be Bumin' | Sean Paul | Atlantic Recording Corporation | 386-353 |
| House Of Poon | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| It's Wild Tonight | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |

**Schedule A**
**Examples of Sound Recordings Infringed by Defendants**

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| It's Wild Tonight | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Jump On The Dick | (When You Gonna) Give It up to Me | Sean Paul | Atlantic Recording Corporation | 386-353 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| Kiss Lick Bang Bang | Right Round | Flo Rida | Atlantic Recording Corporation | Pending |
| Ladies Night | Work It | Missy Elliott | Elektra Entertainment Group Inc. | 345-855 |
| Late Night Snack | You're a Jerk | New Boyz | Warner Bros. Records Inc. | Pending |
| Let It All Hang Out | Bet That | Trick Daddy ft. Chamillionaire | Atlantic Recording Corporation | 623-314 |
| | U and Dat | E-40 ft T-Pain | Warner Bros. Records Inc. | 390-692 |
| Lettin Loose | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| Lewd And Luscivious | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| | Tell Me When To Go | E-40 | Warner Bros. Records Inc. | 390-692 |
| Livin It Up | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Looking Up | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| Lusty Limbo | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Mile High Club | Hypnotize | Notorious B.I.G. | Bad Boy Records LLC | 238-217 |
| Models And Bottles | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Young'n | Fabolous | Elektra Entertainment Group Inc. | Pending |
| Never Ending | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| New Years Bash | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Night Time Nookie | (When You Gonna) Give It up to Me | Sean Paul | Atlantic Recording Corporation | 386-353 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Nocturnal Eruption | Mo Money, Mo Problems | Notorious B.I.G. featuring Puff Daddy and Mase | Bad Boy Records LLC | 238-217 |
| | Whatever You Like | T.I. | Atlantic Recording Corporation | 618-807 |
| Ny Yankers | Work It | Missy Elliott | Elektra Entertainment Group Inc. | 345-855 |
| Oh What A Night | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |

## Schedule A
### Examples of Sound Recordings Infringed by Defendants

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Oh What A Night | Cupid Shuffle | Cupid ft DJ Unk &Fabo | Atlantic Recording Corporation | Pending |
| On The Grind | Cupid Shuffle | Cupid | Atlantic Recording Corporation | Pending |
| Party Action | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Party Hardy | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| Party Like A Rock Star | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Pimp Juice | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| Pleasure Point | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Pool Pleasure | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| Pop Lock And Drop It | Dance With Me | 112 | Bad Boy Records LLC | 294-748 |
| | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| Pretty Kitties | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| Private Entrance | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Promiscuous Girls | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Pussy Posse | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Whatever You Like | T.I. | Atlantic Recording Corporation | 618-807 |
| Raunchy House Party | Still Tippin' | Mike Jones ft Slim Thug | Warner Bros. Records Inc. | 374-374 |
| Ready For Action | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Rockin That Thing | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | Mo Money, Mo Problems | The Notorious B.I.G. | Bad Boy Records LLC | 238-217 |
| | Shoulder Lean | Young Dro | Atlantic Recording Corporation | Pending |
| Sex Buffet | Hood Figga | Gorilla Zoe | Bad Boy Records LLC | Pending |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| Sexy Shaker | Say Aah | Trey Songz | Atlantic Recording Corporation | Pending |
| Sexy Swingers | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Shake It Fast | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |

## Schedule A
## Examples of Sound Recordings Infringed by Defendants

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Snatch Party | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| Snatch That Pussy | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| So Many Asses | Laffy Taffy | D4L | Atlantic Recording Corporation | 638-013 |
| Straight To Bed | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| Super Money | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| T And A Play | Crazy | Gnarles Barkley | Atlantic Recording Corporation | 398-345 |
| | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | Tell Me When To Go | E-40 | Warner Bros. Records Inc. | 390-692 |
| Tales From The Dick | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| Taste The Rainbow | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| The Fuck Olympics | It's Goin' Down | Yung Joc | Bad Boy Records LLC | 393-525 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |
| The Hot Spot | U and Dat | E-40 ft T-Pain | Warner Bros. Records Inc. | 390-692 |
| Tight Night | Temperature | Sean Paul | Atlantic Recording Corporation | 386-353 |
| | We Be Burnin' | Sean Paul | Atlantic Recording Corporation | 386-353 |
| Tits And Togas | Crazy | Gnarls Barkley | Atlantic Recording Corporation | 398-345 |
| | Got Your Money | Ol' Dirty Bastard ft. Kelis | Elektra Entertainment Group Inc. | 278-329 |
| Tricks And Treats | 4 Minutes | Madonna | Warner Bros. Records Inc. | Pending |
| Uncensored Extasy | (When You Gonna) Give It up to Me | Sean Paul | Atlantic Recording Corporation | 386-353 |
| | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| | Me and U | Cassie | Bad Boy Records LLC | 394-687 |
| Wet Bare Bodies | Get Ur Freak On | Missy Elliott | Elektra Entertainment Group Inc. | 297-686 |

**Schedule A**
**Examples of Sound Recordings Infringed by Defendants**

| Reality Kings Movie | Infringed Recording | Artist | Plaintiff | SR # |
|---|---|---|---|---|
| Wet Bare Bodies | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| | The Message | Grandmaster Flash | Rhino Entertainment Company | 038-806 |
| Wet N Wild | Get Busy | Sean Paul | Atlantic Recording Corporation | 352-634 |
| | Overnight Celebrity | Twista | Atlantic Recording Corporation | 360-486 |
| | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Wetter The Better | In the End | Linkin Park | Warner Bros. Records Inc. | 288-402 |
| | Numb/Encore | Jay-Z and Linkin Park | Warner Bros. Records Inc. | 362-316 |
| | Turn Me On | Kevin Lyttle | Atlantic Recording Corporation | 368-171 |
| Whole Lot Of Shakin | Bring 'Em Out | T.I. | Atlantic Recording Corporation | 367-100 |
| Wild Nights | It's All About the Benjamins | Puff Daddy | Bad Boy Records LLC | 255-634 (clean) / 255-635 (explicit) |
| | Live Your Life | Rihanna featuring T.I. | Atlantic Recording Corporation | 618-807 |
| | Lose Control | Missy Elliott | Atlantic Recording Corporation | 385-300 |
| | Low | Flo Rida | Atlantic Recording Corporation | 629-161 |
| | Magic Stick | Lil Kim ft. 50 Cent | Atlantic Recording Corporation | 351-071 |
| | What You Know | T.I. | Atlantic Recording Corporation | 387-674 |

# SCHEDULE B

## Schedule B
## Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| 2 Better Than 1 | Smells Like Teen Spirit | Warner-Tamerlane Publishing Corp. | 541-273 |
| 2 For 1 Pink | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Go Getta | Warner-Tamerlane Publishing Corp. | 1-375-936 |
| 3s Company | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | How We Do | WB Music Corp. | 1-348-664 |
| 4 On The Floor | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| 4 Way Non Stop | Billie Jean | Warner-Tamerlane Publishing Corp. | 158-772 |
| A Little Extra | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | I Can Transform Ya | Warner-Tamerlane Publishing Corp. | 1-678-405 |
| | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| Action Packed | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| After Hours Grind | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| Almost Infamous | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| Alotta Vagina | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | Say It Right | WB Music Corp. / W.B.M. Music Corp. | 1-676-726 |
| | Shoulder Lean | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-345-406 |
| | Stronger | WB Music Corp. | 1-597-242 |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Ass Attack | Push It | WB Music Corp. | 867-744 |
| Ass Attack | Mo Money, Mo Problems | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 844-859 |
| Ass in Motion | Grillz | WB Music Corp. | 1-327-812 |
| | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |

## Schedule B
## Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Ass In Motion | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Stronger | WB Music Corp. | 1-597-242 |
| Ass Poppin | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| Banging The Bartender | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | I'm So Paid | Warner-Tamerlane Publishing Corp. | 1-659-382 |
| | Single Ladies | WB Music Corp. | 1-630-370 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| Bar Babes | Back Then | Warner-Tamerlane Publishing Corp. | 1-292-520 |
| | Goodies | Warner-Tamerlane Publishing Corp. | 1-263-487 |
| | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| Bar Nuts | Hotel | Warner-Tamerlane Publishing Corp. | 1-253-763 |
| Bare Assets | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| | How We Do | WB Music Corp. | 1-348-664 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| Bare Necessities | SexyBack | WB Music Corp. | 1-368-818 |
| Bash By The Bay | Back Then | Warner-Tamerlane Publishing Corp. | 1-292-520 |
| | Dirt Off Your Shoulder | WB Music Corp. | 1-276-117 |
| | Give Me That | WB Music Corp. | 1-162-078 |
| | Grillz | WB Music Corp. | 1-327-812 |
| Best Of The Best | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Good Life | Warner-Tamerlane Publishing Corp. | 1-597-235 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| Big Ups | Back Down | WB Music Corp. | 1-248-732 |
| | Goodies | Warner-Tamerlane Publishing Corp. | 1-263-487 |
| Blazin Hot Bodies | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| Blue Room Banging | Goodies | Warner-Tamerlane Publishing Corp. | 1-263-487 |
| Boombastic | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | O.P.P. | WB Music Corp. | 534-329 |
| Booty Bumpin | A Milli | Warner-Tamerlane Publishing Corp. | Pending |

## Schedule B
### Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Booty Bumpin | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| Booty Duty | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Booty Grazing | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | My Love | WB Music Corp. / Warner-Tamerlane Publishing Corp. | 1-368-886 |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| Bouncing Booties | Got Money | Warner-Tamerlane Publishing Corp. | 1-621-264 |
| | Out Here Grindin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Shoulder Lean | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-345-406 |
| Bringing Sexy Back | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| Cameo Creamers | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Make Me Better | WB Music Corp. | 1-599-530 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| | Umbrella | WB Music Corp. | 1-602-373 |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| Center Of Attention | I Can Transform Ya | Warner-Tamerlane Publishing Corp. | 1-678-405 |
| | Stuntin' Like My Daddy | Warner-Tamerlane Publishing Corp. | 1-679-909 |
| | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| China White | 99 Problems | WB Music Corp. | Pending |
| Chix Love Dix | Don't Stop the Music | Warner-Tamerlane Publishing Corp. | 1-637-008 |
| | Grillz | WB Music Corp. | 1-327-812 |
| | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | Let's Go | Warner-Tamerlane Publishing Corp. | 1-252-431 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Push It | WB Music Corp. | 867-744 |

**Schedule B**
**Examples of Musical Compositions Infringed by Defendants**

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Chix Love Dix | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| Clubin And Rubbin | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | In the Ayer | Warner-Tamerlane Publishing Corp. | 1-647-062 |
| | Stronger | WB Music Corp. | 1-597-242 |
| Cock Cravers | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Get Ur Freak On | WB Music Corp. | 1-146-413 |
| | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| | We Takin' Over | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Coochie Crew | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Cumming Again | Grillz | WB Music Corp. | 1-327-812 |
| | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| Dicky Dance | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| | Out Here Grindin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Whatever You Like | Warner-Tamerlane Publishing Corp. | 1-668-437 |
| Dj The Vj | Dead and Gone | Warner-Tamerlane Publishing Corp. | 1-668-400 |
| | Don't Stop the Music | Warner-Tamerlane Publishing Corp. | 1-637-008 |
| | Gimme More | WB Music Corp. | Pending |
| | Kiss me Thru the Phone | Warner-Tamerlane Publishing Corp. | Pending |
| | SexyBack | WB Music Corp. | 1-368-818 |
| | Stronger | WB Music Corp. | 1-597-242 |
| Double Bone Anza | Get Like Me | Warner-Tamerlane Publishing Corp. | 1-643-175 |
| | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | In the Ayer | Warner-Tamerlane Publishing Corp. | 1-647-062 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Turnin Me On | Warner-Tamerlane Publishing Corp. | Pending |
| Empty Bottles | Goodies | Warner-Tamerlane Publishing Corp. | 1-263-487 |
| Fantastic Foursome | How We Do | WB Music Corp. | 1-348-664 |

**Schedule B**
**Examples of Musical Compositions Infringed by Defendants**

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Feb Fury | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | How We Do | WB Music Corp. | 1-348-664 |
| Flash Dance | In the Ayer | Warner-Tamerlane Publishing Corp. | 1-647-062 |
| Forbidden Doughnuts | Turnin Me On | Warner-Tamerlane Publishing Corp. | Pending |
| | Umbrella | WB Music Corp. | 1-602-373 |
| Girls Girls Girls | A Milli | Warner-Tamerlane Publishing Corp. | Pending |
| | Get Like Me | Warner-Tamerlane Publishing Corp. | 1-643-175 |
| | The Boss | Warner-Tamerlane Publishing Corp. | 1-643-618 |
| Glorious Sexathon | SexyBack | WB Music Corp. | 1-368-818 |
| Glow Special | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Carry Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Goodies | Warner-Tamerlane Publishing Corp. | 1-263-487 |
| | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| Gold Member | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| | We Takin' Over | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Good Grind | I'm Coming Out | Warner-Tamerlane Publishing Corp. | 75-954 |
| Grind Squad | Carry Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| | I'm Going In | Warner-Tamerlane Publishing Corp. | Pending |
| | In the Ayer | Warner-Tamerlane Publishing Corp. | 1-647-062 |
| | Say Aah | Warner-Tamerlane Publishing Corp. | Pending |
| | Work It | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-200-073 |
| Grinding Time | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Stronger | WB Music Corp. | 1-597-242 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Halloween Hoochies | Get Loose | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-292-834 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| Halloween Naughties | Crazy in Love | Unichappell Music Inc. | 1-208-972 |

## Schedule B
## Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Halloween Naughties | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| | In the Ayer | Warner-Tamerlane Publishing Corp. | 1-647-062 |
| | Single Ladies | WB Music Corp. | 1-630-370 |
| | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| High 5 | In da Club | WB Music Corp. | 1-248-729 |
| House Of Poon | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | Stronger | WB Music Corp. | 1-597-242 |
| | Summer Love | WB Music Corp. | 1-368-885 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| It's Wild Tonight | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Jump On The Dick | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| Ladies Night | Work It | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-200-073 |
| Late Night Snack | You're a Jerk | WB Music Corp. | 1-645-463; 1-341-882 (sample) |
| Let It All Hang Out | Bet That | Warner-Tamerlane Publishing Corp. | 1-349-335 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| | The Next Episode | WB Music Corp. | 1-042-871 |
| Lettin Loose | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | How We Do | WB Music Corp. | 1-348-664 |
| | In da Club | WB Music Corp. | 1-248-729 |
| Lewd And Luscivious | SexyBack | WB Music Corp. | 1-368-818 |
| Livin It Up | Gimme More | WB Music Corp. | Pending |
| | Stronger | WB Music Corp. | 1-597-242 |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| | We Takin' Over | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Looking Up | Don't Stop (Til You Get Enough) | Warner-Tamerlane Publishing Corp. | 114-601 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| Love In The Club | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |

## Schedule B
## Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Love In The Club | This Is How We Do It | Warner-Tamerlane Publishing Corp. | 785-625 |
| Marco Pole Ohh | 99 Problems | WB Music Corp. | Pending |
| Mile High Club | SexyBack | WB Music Corp. | 1-368-818 |
| Models And Bottles | Gimme More | WB Music Corp. | Pending |
| Naughty Nights | Pon De Replay | WB Music Corp. / Warner-Tamerlane Publishing Corp. | 1-311-248 |
| New Years Bash | I Kissed a Girl | WB Music Corp. | Pending |
|  | Single Ladies | WB Music Corp. | 1-630-370 |
| Night Time Nookie | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| Nitty Gritty | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
|  | This Is How We Do It | Warner-Tamerlane Publishing Corp. | 785-625 |
| Nocturnal Eruption | Flashing Lights | Warner-Tamerlane Publishing Corp. | 1-597-182 |
|  | Go Getta | Warner-Tamerlane Publishing Corp. | 1-375-936 |
|  | Mo Money, Mo Problems | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 844-859 |
|  | SexyBack | WB Music Corp. | 1-368-818 |
|  | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
|  | Whatever You Like | Warner-Tamerlane Publishing Corp. | 1-668-437 |
| Nut Queen | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
|  | In da Club | WB Music Corp. | 1-248-729 |
| Ny Yankers | Work It | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-200-073 |
| Oh What A Night | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
|  | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| On The Grind | Single Ladies | WB Music Corp. | 1-630-370 |
| Party Hardy | Don't Stop the Music | Warner-Tamerlane Publishing Corp. | 1-637-008 |
|  | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| Party Like A Rock Star | How We Do | WB Music Corp. | 1-348-664 |
| Pimp Juice | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
|  | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
|  | Summer Love | WB Music Corp. | 1-368-885 |
| Pleasure Point | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| Pleasure Town | We Takin' Over | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Pool Plungers | Jungle Boogie | Warner-Tamerlane Publishing Corp. | EP 319-714; RE 840-905 |
| Poolside Punani | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| Pop Lock And Drop It | Get it Shawty | Warner-Tamerlane Publishing Corp. | 1-387-426 |

## Schedule B
### Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Pop Lock And Drop It | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | Way I Are | WB Music Corp. / W.B.M. Music Corp. | Pending |
| Poppin Champagne | Bedrock | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending; 914-663 (sample) |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| Pretty Kitties | 99 Problems | WB Music Corp. | Pending |
| Private Booty Party | Good Life | Warner-Tamerlane Publishing Corp. | 1-597-235 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| Private Entrance | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Promiscuous Girls | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Stronger | WB Music Corp. | 1-597-242 |
| Pussy Poppin Party | In da Club | WB Music Corp. | 1-248-729 |
| Pussy Posse | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Turnin Me On | Warner-Tamerlane Publishing Corp. | Pending |
| | We Takin' Over | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Whatever You Like | Warner-Tamerlane Publishing Corp. | 1-668-437 |
| Raunchy House Party | Dreams | Warner-Tamerlane Publishing Corp. | 1-348-671 |
| | Still Tippin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-292-515 |
| Ready For Action | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | She Got It | WB Music Corp. | Pending |
| Red Velvet Special | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| Rockin That Thing | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Mo Money, Mo Problems | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 844-859 |
| | Pimpin' All Over the World | W.B.M. Music Corp. | 1-267-326 |
| | Shoulder Lean | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-345-406 |
| Rump Shakers | AYO Technology | WB Music Corp. / W.B.M. Music Corp. | 1-645-303 |
| | Drop | WB Music Corp. | 1-074-234 |
| Sex Buffet | I'm So Hood | Warner-Tamerlane Publishing Corp. | Pending |
| Sexual Eruption | Stronger | WB Music Corp. | 1-597-242 |
| Sexy Shaker | I Can Transform Ya | Warner-Tamerlane Publishing Corp. | 1-678-405 |

## Schedule B
### Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| Sexy Shaker | Say Aah | Warner-Tamerlane Publishing Corp. | Pending |
| Sexy Swingers | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Grillz | WB Music Corp. | 1-327-812 |
| | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Maneater | WB Music Corp. / W.B.M. Music Corp. | 1-597-058 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| Shag Party | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| Shake It Fast | The Way I Live | WB Music Corp. | 1-599-497 |
| She Devil | Don't Stop (Til You Get Enough) | Warner-Tamerlane Publishing Corp. | 114-601 |
| Slam Funk | Let me Blow Ya Mind | WB Music Corp. | 1-060-407 |
| Smashing Asses | 99 Problems | WB Music Corp. | Pending |
| | Don't Stop the Music | Warner-Tamerlane Publishing Corp. | 1-637-008 |
| Snatch Party | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Snatch That Pussy | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| So Many Asses | Laffy Taffy | WB Music Corp. | 1-341-891 |
| Spring Break | Don't Stop (Til You Get Enough) | Warner-Tamerlane Publishing Corp. | 114-601 |
| Straight To Bed | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | In da Club | WB Music Corp. | 1-248-729 |
| Super Money | Crazy in Love | Unichappell Music Inc. | 1-208-972 |
| T And A Play | In da Club | WB Music Corp. | 1-248-729 |
| | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| Table Toppers | Pon De Replay | WB Music Corp. / Warner-Tamerlane Publishing Corp. | 1-311-248 |
| Tales From The Dick | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| | Stronger | WB Music Corp. | 1-597-242 |
| Taste The Rainbow | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| The Dance Off | Hotel Room Service | Warner-Tamerlane Publishing Corp. | 1-677-761 |
| The Fuck Olympics | It's Goin' Down | Warner-Tamerlane Publishing Corp. | 1-349-210 |
| | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |

## Schedule B
## Examples of Musical Compositions Infringed by Defendants

| Reality Kings Movie | Infringed Composition | Plaintiff | PA # |
|---|---|---|---|
| The Gash Bash | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| | Stronger | WB Music Corp. | 1-597-242 |
| Tight Night | Grillz | WB Music Corp. | 1-327-812 |
| Tits And Togas | Got Your Money | Warner-Tamerlane Publishing Corp. | 1-060-346 |
| | Promiscuous | WB Music Corp. / W.B.M. Music Corp. | 1-676-780 |
| | SexyBack | WB Music Corp. | 1-368-818 |
| Titty City | I'm a Flirt | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-623-048 |
| | Umbrella | WB Music Corp. | 1-602-373 |
| Topless Treats | My Love | WB Music Corp. / Warner-Tamerlane Publishing Corp. | 1-368-886 |
| Tricks And Treats | 99 Problems | WB Music Corp. | Pending |
| Uncensored Extasy | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | My Love | WB Music Corp. / Warner-Tamerlane Publishing Corp. | 1-368-886 |
| Vagina In Progress | Stronger | WB Music Corp. | 1-597-242 |
| Vips Party Harder | Hustlin' | Warner-Tamerlane Publishing Corp. / WB Music Corp. | 1-334-589 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| Walk It Out | Be Faithful | Warner-Tamerlane Publishing Corp. | 1-296-485 |
| Wet Bare Bodies | Get Ur Freak On | WB Music Corp. | 1-146-413 |
| | Jungle Boogie | Warner-Tamerlane Publishing Corp. | EP 319-714; RE 840-905 |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| Wet N Wild | Be Faithful | Warner-Tamerlane Publishing Corp. | 1-296-485 |
| Whole Lot Of Shakin | Bring 'Em Out | Warner-Tamerlane Publishing Corp. / WB Music Corp. | Pending |
| Wild Nights | Good Life | Warner-Tamerlane Publishing Corp. | 1-597-235 |
| | Grillz | WB Music Corp. | 1-327-812 |
| | Lollipop | Warner-Tamerlane Publishing Corp. | 1-619-781 |
| | Lose Control | Warner-Tamerlane Publishing Corp. | 1-339-450 |
| | Magic Stick | Warner-Tamerlane Publishing Corp. | 1-196-111; 1-341-633 |
| | Make it Rain | Warner-Tamerlane Publishing Corp. | 1-632-381 |
| | Stronger | WB Music Corp. | 1-597-242 |
| | What You Know | Warner-Tamerlane Publishing Corp. | Pending |
| Yer Ho | Crazy in Love | Unichappell Music Inc. | 1-208-972 |

page 10 of 10